UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.

DIEGO BALTIERRA,
Defendant.

Case No.: 26mj1985

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C. §922(o) — Possession of a Machinegun

The undersigned complainant being duly sworn states:

On or about March 3, 2026, within the Southern District of California, defendant DIEGO BALTIERRA did knowingly possess machineguns, to wit: approximately four machinegun conversion devices, which are each machineguns as defined in 26 U.S.C. §5845(b), in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

*Nicholas Dabbaghian*
NICHOLAS DABBAGHIAN
Task Force Officer, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 7th day of April 2026.

BRIAN J. WHITE
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

**Background**

"Machinegun Conversion Devices" ("MCD") refers to any object or item manufactured or utilized in the conversion of a semi-automatic firearm to an automatic firearm. MCDs are machine guns under the National Firearms Act, even when not installed. MCDs are easily integrated with semiautomatic firearms to illegally convert them to fire automatically. MCDs include conversion devices for certain semiautomatic pistols, commonly referred to as "switches," "Glock switches," or "buttons." Conversion with "switches" is fast, simple, and requires little technical expertise. Most conversions typically involve removal of the original polymer slide cover plate on a Glock or similar pistol and replacement with the conversion device. In some cases, the device may actually be attached to the existing slide cover plate. Among other styles, the conversion devices can be made of metal or made utilizing some form of 3D printing device and a type of printing medium.

**March 3, 2026: Four (4) MCDs are recovered from BALTERRIA's bedroom**

On March 3, 2026, investigators with the San Diego Police Department (SDPD) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) executed a residential search warrant at 1698 Hilton Head Court, Apartment 1337 in El Cajon (the "Residence"), which is within the Southern District of California. Shortly before the warrant was executed, police stopped Diego BALTIERRA in his vehicle and conducted a search of his vehicle pursuant to the warrant. The mother of BALTIERRA's child—a female with the initials A.G.—arrived to where BALTIERRA had been stopped and provided police with the name and telephone number of BALTIERRA's mother. Police then contacted BALTIERRIA's mother to advise her of the impending residential search. BALTIERRA's mother advised police she would cooperate with their search. BALTIERRA's mother then identified his bedroom to police.

A search of BALTIERRA's bedroom at the Residence revealed, among other items, a backpack in his bedroom closet. Inside that backpack, investigators found two polymer MCDs and two metal MCDs—both within a smaller Ziploc baggie inside the backpack.



*Images of polymer and metal MCDs recovered from backpack in BALTIERRIA's bedroom*

Also located in BALTIERRA's bedroom were several photos of BALTIERRA, a vehicle registration in BALTERRIA's name, and identification documents including his birth certificate and social security card. The vehicle registration, birth certificate, and social security card were found in the same closet as the MCDs.




*Image of a photo album with BALTIERRA's name and a photo of him found inside his bedroom closet*

The MCDs were seized and inspected. A preliminary examination the ATF indicated that the two plastic MCDs and one of the metal MCDs have the design features and characteristics of a MCD commonly known as a "Glock switch," which is a "machinegun" as defined in in 26 U.S.C. §5845(b). A preliminary examination by ATF indicated that the other metal MCD has the design features and characteristics of a MCD commonly known as an "auto sear," which is a "machinegun" as defined in in 26 U.S.C. § 5845(b).

**<u>REQUEST FOR SEALING</u>**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable

cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, cause destruction of evidence, or have a negative impact on this continuing investigation.